**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000645
09-JAN-2026
09:02 AM
Dkt. 41 ORD**

NO. CAAP-25-0000645

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

B.C., Petitioner-Appellant, v.
M.B., Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1UJ141000008)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of: (1) self-represented Respondent-Appellee M.B.'s (**M.B.**) November 10, 2025 Motion to Dismiss Appeal for Lack of Jurisdiction, Laches, Estoppel, Res Judicata, and Abuse of Process [Doc. 27] (**November 10, 2025 Motion**); (2) self-represented Petitioner-Appellant B.C.'s November 17, 2025 Motion to Dismiss Appeal (**November 17, 2025 Motion**); (3) M.B.'s November 19, 2025 Opposition to Motion to Withdraw Appeal and Remand; Cross-Motion to Dismiss Appeal with Prejudice, Declare Lack of Jurisdiction, and Permanently Close Case (**November 19, 2025 Motion**); (4) the respective papers in support and in opposition; and (5) the record:

IT IS HEREBY ORDERED that the November 17, 2025 Motion is granted. The appeal is dismissed under Hawai'i Rules of Appellate Procedure Rule 42(b).

IT IS FURTHER ORDERED that all pending motions are dismissed, including the November 10, 2025 Motion and November 19, 2025 Motion.

DATED:  Honolulu, Hawaiʻi, January 9, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge